IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST CHESTER UNIVERSITY FOUNDATION, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 15-3627 |
| | : | |
| METLIFE INSURANCE COMPANY, OF CONNECTICUT, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 8th day of February, 2016, upon consideration of Defendant's Notice of Removal, (Dkt No. 1), Plaintiff's Motion to Remand (Dkt No. 5), Defendant's Response in Opposition, (Dkt No. 8), and Plaintiff's Reply in Further Support of the Motion to Remand (Dkt No. 9), it is hereby ORDERED that Plaintiff's Motion to Remand (Dkt No. 5) is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II        J.