IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST CHESTER UNIVERSITY FOUNDATION, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 15-3627 |
| | : | |
| METLIFE INSURANCE COMPANY, OF CONNECTICUT, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 20th day of May, 2016, upon consideration of Defendant MetLife Insurance Company's Motion to Dismiss (Dkt No. 3), Plaintiff West Chester University's Response in Opposition (Dkt No. 6), and Defendant's Reply in Support of Motion to Dismiss (Dkt No. 7), it is hereby ORDERED that said Motion is GRANTED.

FURTHER, it is hereby ORDERED that Plaintiff is granted leave to file an amended complaint no later than June 17, 2016.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II      J.

1